IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00088-GPG

HAROLD HICKS, III,

    Plaintiff,

v.

MARIA JUREZ (CMRC), Cheyenne Mountain Re-Entry Center,
WARDEN HARTLEY (CMRC),
MS. ASHBY (CMRC),
MS. MAINE (PPMU), Private Prison Monitoring Unit,
PPMU EXECUTIVE DIRECTOR,
RICK RAEMISCH, Executive Director, CDOC, and
LADONA WEBB, Mental Health PPMU,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Harold Hicks, III, is a prisoner in the custody of the Colorado Department of Corrections.  Mr. Hicks initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1) pursuant to 42 U.S.C. § 1983.  On March 14, 2015, Magistrate Judge Gordon P. Gallagher ordered Mr. Hicks to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure in order to clarify the constitutional claims he is asserting.  Mr. Hicks was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. Hicks has failed to file an amended complaint that complies with the pleading requirements of Rule 8 within the time allowed and he has failed to respond in any way

to Magistrate Judge Gallagher's March 14 order. Therefore, the action will be dismissed without prejudice for failure to prosecute and comply with a court order. Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Prisoner Complaint (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Hicks failed to prosecute and comply with a court order. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  22nd  day of     April           , 2015.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court